Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Northwestern Division

| | |
|---|---|
| Williston Hunter ND, LLC, and Magnum Hunter Resources Corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Eagle Operating, Inc.,<br><br>　　　　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case No.　4:11-cv-66 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

The Court, having considered the request of the Defendants to confirm an arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, and having considered the response of Eagle Operating, Inc., and all other documents on file ORDERS that the Opinion and Award of arbitrator John F. Shepherd dated March 6, 2014, be confirmed and a judgment entered as set forth in the Opinion and Award.

Date:  August 5, 2014

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jeanene Thompson, Deputy Clerk*